WILLIAM A. WELCH, CSBN 188391
506 Broadway
San Francisco, CA 94133
Telephone: 415/986-5591

Attorney for Defendant
COBY PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COBY PHILLIPS, *et al.*<br><br>Defendant. | No. CR 05-00803SBA<br><br>**STIPULATION BETWEEN COUNSEL AND PRETRIAL SERVICES TO MODIFY DEFENDANT COBY PHILLIPS' LOCATION OF HOME CONFINEMENT** |

William A. Welch, attorney for defendant COBY PHILLIPS; Kimberly Marie Briggs, Assistant United States Attorney for the government, and Pretrial Services hereby agree to the modification of his pretrial release conditions to permit him to move from the Galal residence (located at 707 Meadowlark Drive, Fairfield, California) in order to live with his wife, Stacey Michelle Phillips, who will serve as custodian.

IT IS AGREED:

_____   _____   _____
WILLIAM A. WELCH        KIMBERLY BRIGGS         PRETRIAL SERVICES
Attorney for defendant  AUSA                    for Rich Sarlatte
COBY PHILLIPS

Dated: Oct. 2, 2006    Dated: 10/2/06    Dated: 10/3/06

IT IS SO ORDERED:

Dated: October 3, 2006

_____
Wayne D. Brazil
Judge Wayne D. Brazil
United States Magistrate Judge

*IT IS SO ORDERED* [stamp]

506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331