SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

KIMBERLY M. BRIGGS (CSBN 132043)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, CA 94612
    Telephone: (510) 637-3680

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-05-00803 SBA |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO STAY MAGISTRATE'S ORDER |
| ) | RELEASING DEFENDANT TO |
| ) | HALF-WAY HOUSE |
| COBY PHILLIPS, ) | |
| ) | |
| Defendants. ) | |

It is hereby stipulated, by and between the parties that the order made by Magistrate Wayne D. Brazil on June 21, 2007, which allowed for the release of the defendant to the half-way house in San Francisco, be stayed until further notice of the parties, and/or order of this Court.

On June 21, 2007, Magistrate Judge Brazil heard arguments from both counsel regarding the custodial status of Coby Phillips. Ultimately, Magistrate Brazil ruled that Phillips could be released from the Marshals' custody and be placed in a half-way house. The government asked the magistrate to stay the order so the government could file an appeal of that order to this Court.. Judge Brazil agreed, and gave the government until tomorrow, June 22, 2007 at 5:00 p.m. to file

1 | a stay.
2 |     As the government was preparing its stay, defense counsel called and said that he would
3 | be willing to enter into a stipulation which would keep the defendant in the Marshals' custody –
4 | as opposed to the half-way house) to allow the parties the opportunity time to finalize a plea
5 | agreement and then submit the plea agreement for approval within the U.S. Attorney's Office.
6 | The government is prepared to have the plea agreement to the supervisor by June 28, 2007. Our
7 | hope is that we will be asking the Court for the first available date for change of plea, when this
8 | case is next scheduled before the Court on July 31, 2007. (Time has previously been excluded to
9 | that date.)

DATED: June 21, 2007          Respectfully submitted,


                                                                /s/
                                          KIMBERLY M. BRIGGS
                                          Assistant United States Attorney


DATED:  06/21/07                    /s/
                                          WILLIAM WELCH
                                          LAURIE D. SAVILL
                                          Attorneys for Cody Phillips

18 | //
19 |
20 | //
21 |
22 | //
23 |
24 | //
25 |
26 | //

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that the request for a stay of Magistrate Brazil's order allowing for Mr. Phillips to be released from the Marshals' custody into the half-way house is REASONABLE. As such, Mr. Phillips shall remain in the custody of the Marshals until further order. The defense has no objection to the stay.

Based on these findings, IT IS HEREBY ORDERED THAT the status hearing in this matter shall be maintained to July 31, 2007. The custody of Mr. Phillips shall remain the same, unless and until further notice of the parties.

**IT IS SO ORDERED.**

DATED: 6/26/07

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge