1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  KIMBERLY M. BRIGGS (CSBN 132043)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, CA  94612
        Telephone: (510) 637-3680
7
   Attorneys for the Plaintiff
8
                       UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,            )
11                                       )
                                         ) No. CR-05-00803-SBA
12                  Plaintiff,           )
                                         ) STIPULATION AND ORDER
13      v.                               ) FOR CHANGE OF PLEA AND
                                         ) SENTENCING HEARING
14                                       )
   COBY PHILLIPS,                        )
15                                       )
                    Defendant.           )
16                                       )
                                         )
17 _____)

18      It is hereby stipulated, by and between the parties that the change of plea and sentencing

   hearing be scheduled for March 4, 2008.
19
        The parties hereby submit a proposed plea agreement for the Court's review on
20
   December 21, 2007.  The plea agreement is offered under Federal Rule of Criminal Procedure
21
   11(c)(1)(C).  As a result, the parties also stipulate that the period from December 21, 2007 to
22
   April 1, 2008, shall be excluded from the calculation of time in which the trial of the above
23
   captioned matter must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section
24
   3161(h)(I).  This section allows for the exclusion of time when the delay is resulting from the
25
   Court's consideration of a proposed plea agreement.
26
   //

   //

1      As such, the parties respectfully request that the matter be scheduled for change of plea

2 and sentencing on April 1, 2008.

3

4 DATED: December 21, 2007             Respectfully submitted,

5

6                                    /s/
                             KIMBERLY M. BRIGGS

7                              Assistant United States Attorney

8 DATED:                                /s/

9                              WILLIAM WELCH
                             Attorney for Coby Phillips

10

11      Based on the stipulation of the parties above, the Court hereby finds that to allow the

12 Court time to consider the proposed plea agreement, the time between December 21, 2007 and

13 March 4, 2008,  is excluded pursuant to 18 U.S.C. Section 3161(h)(I) of the Speedy Trial Act.

14      Therefore, it is hereby ordered that the change of plea and sentencing hearing shall be

15 scheduled for March 4, 2008.

16      **IT IS SO ORDERED.**

17

18 DATED: 12/21/07

19                            _Saundra B Armstrong_

20                         SAUNDRA BROWN ARMSTRONG
                        United States District Judge

21

22

23

24

25

26